# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

_Arthur L. Gray_

_____

_____

_____
*Plaintiff*
v.
_Calihan York Processor_
_Methodist Medical_
_Center of Peoria_
*Defendant(s)*
_St. Francis Medical Center_

Case Number: **15-cv-1238-MJR-DGW**
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of _United_ (state) who resides at _Pontiac, Mich 48342/504 N. Saginaw St._, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant _Methodist Medical Center_ is employed as
(a) (Name of First Defendant)
_Doctors & Physicians_
(b) (Position/Title)

(10/2010)

SEE PAST with __Methodist/Proctor Medical Center__
                         (c)      (Employer's Name and Address)

SEE 1st __Saint Francis Medical Center & Staff__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✓] Yes  [ ] No

If your answer is YES, briefly explain: I recieve improper medical attention, It's known fact I have gangquene when I attend these hospital.

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[✓] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.   Defendant __Saint Francis Medical Center__ is employed as
                     (Name of Second Defendant)

__Doctor & Staff__
        (Position/Title)

with _____
       (Employer's Name and Address)

__Unable to provide this information__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [✓] Yes  [ ] No

If you answer is YES, briefly explain: within this claim the doctors & nurses did Act maliciously sadistically or recklessly or providing proper Check one of the following: medical attention

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[✓] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D. Defendant _Calihan Pork Processor_ is employed as
(Name of Third Defendant)

_____
(Position/Title)

with _Bend Company Coordinator_
(Employer's Name and Address)
_1 South Ave. Peoria, Ill_

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [✓] Yes [ ] No

If you answer is YES, briefly explain: _I was order by the supervisor of the company to work in the area_

Check one of the following: _I got injuried_

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[✓] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
        ☐ Yes  ☑ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth <u>each</u> claim in a <u>separate</u> paragraph.

On & about the date, Plaintiff Attend both those "Methodist Medical Center and ——— Medical Center from April ous event.

On & About the date 9/20/2013 And numerous times ——— ——— , I Attended to ——— to Saint Francis Medical Center & Methodist

Attended, Allegedly transpire on or about 8 mos. When I, Arthur L. Gray was employed At Cairman Pork Processor Inc And ——— loved by supervisor J.R. & Jeff, work with the construction crew. While work this renovations crew. I was removing debris from the hog pin that had demolish, thus consist of ——— nails, broken boards, glass and other tangible object. While performing said duty, the Plaintiff was in route to take debris to the dumpster and stumble into a massive Pil of debris, insist of boards with nails, broking glass and other ——— objects. Plaintiff witness to the harm ——— ——— at been done to him when he witness to pulling A board with nails from his foot, which is Amputated.

(see Attachment)

(10/2010)

**V. REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 5,000,000.00 .

Punitive damages in the amount of $ 750,000.00 .

An ordering requiring defendant(s) to: Be serve copy of this lawsuit, All incorperation that feel guilty of this lawsuit, to Attend preliminary Hearing, to disguise settlement of this lawsuit.

A declaration that: That the foregoing of this lawsuit is true & correct

Other: _____

**VI. JURY DEMAND** (*check one box below*)

Plaintiff ●does or ○does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _[signature]_                    _Arthur L. Gray_
                (date)                         Signature of Plaintiff

564 N. Saginaw                              _Arthur L. Gray_
Street Address                                Printed Name

9/15/15                                      9-15-15
City, State, Zip                             Jamie Adler

JAMIE ADLER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires Dec. 02, 2019
Acting in the County of Oakland

(10/2010)